UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DAVID B. LEWIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-cv-2123 |
| ) | |
| vs. ) | |
| ) | Judge Sue E. Myerscough |
| MATTHEW BARRETT, COLIN OSTERBUR ) | |
| SHELLY HARDING, MARCIE MILLER, ) | Magistrate Judge Tom Schanzle-Haskins |
| ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## AGREED MOTION FOR COURT CONFERENCE REGARDING SETTLEMENT

Plaintiff, DAVID B. LEWIS, with the agreement of the Defendants MATTHEW BARRETT, COLIN OSTERBUR, SHELLY HARDING, and MARCIE MILLER, by and through their attorneys, MICHAEL W. CONDON and JASON W. ROSE of HERVAS, CONDON & BERSANI, P.C., respectfully requests a Court conference to discuss settlement. For the agreed motion, Plaintiff states as follows:

1. On June 19, 2019, the parties tentatively agreed to settle this case as well as a companion case filed by Plaintiff (*David Lewis v. Hartshorn, et al*, Case No. 18 CV 2317; assigned to the Honorable Judge Colin Stirling Bruce). However, Plaintiff seeks a follow-up with the Court to ask that any remaining filing fees be waived.

2. Plaintiff has conferred with counsel for the Defendants, who have no objection to the request for a court conference on the settlement issue noted above or to Plaintiff's request for a waiver of the balance of fees owed.

WHEREFORE, Plaintiff, DAVID B. LEWIS, and Defendants respectfully seek a court conference to discuss settlement.

Respectfully submitted,

**s/ Jason W. Rose**
JASON W. ROSE, Atty Bar No. 06208130
MICHAEL W. CONDON, Atty Bar No. 06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
mcondon@hcbattorneys.com
jrose@hcbattorneys.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DAVID B. LEWIS, | ) |
| Plaintiff, | ) Case No. 18-cv-2123 |
| vs. | ) |
| | ) Judge Sue E. Myerscough |
| MATTHEW BARRETT, COLIN OSTERBUR, SHELLY HARDING, MARCIE MILLER, | ) Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | ) JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I hereby certify that on **June 27, 2019** I electronically filed the foregoing *Agreed Motion for Court Conference*, with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF system, and I hereby certify that I have e-mailed the aforementioned document to the following individual:

**TO:** David B. Lewis
210 Frazier
Georgetown, IL 61846
*Pro Se Plaintiff*

on **June 27, 2019**, before 5:00 p.m. with the proper postage prepaid.

    **s/ Jason W. Rose**
JASON W. ROSE, Atty Bar No. 06208130
MICHAEL W. CONDON, Atty Bar No. 06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
mcondon@hcbattorneys.com
jrose@hcbattorneys.com